No. 10–8015. MILLER v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–8017. COLVIN v. VETERANS ADMINISTRATION MEDICAL CENTER. C. A. 6th Cir. Certiorari denied.

No. 10–8018. ALLAIN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 10–8021. STRINGER v. FAYRAM, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–8022. JACKSON v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–8023. MARES v. MCDONALD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–8024. MANKO v. MANNOR ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 10–8025. PULLUM v. FELKER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–8026. SMITH v. SCHOOL BOARD OF BREVARD COUNTY ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–8027. TOWNSEND v. CALDERONE ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–8028. WILLIAMS v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 10–8031. ROGERS v. BOOKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–8032. GOLLMAN v. METRISH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–8033. SOLOMON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.